

FILED
CLERK, U.S. DISTRICT COURT

FEB - 2 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Anthony David Resnick<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:26-mj-00072-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Parties_____, IT IS ORDERED that a detention hearing is set for _February 5_____, _2026_____, at _3:00_____ ☐a.m. / ☒p.m. before the Honorable _Margo A. Rocconi_____, in Courtroom _580_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: ____2/02/26_____          _____
                                        U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                 Page 1 of 1